# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 14-MC-09005-NKL |
| Bennett Construction, LLC, | ) | |
| Defendant. | ) | |

## ORDER

After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that the United States' Motion To Seal, filed March 31, 2014, [Doc. 1] is **GRANTED**.

*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**